**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01406-CV

## GU KWANG LEE, Appellant

## V.

## GREG PAIK AND MOON CHEOL PAIK, Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-01030-E**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018.  The appeal will be resubmitted in the first quarter of 2019.


/s/  DAVID EVANS
   PRESIDING JUSTICE